No. 00–5320. OLIVO-MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5321. DeLOACH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5322. ESCALERA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–5323. CORONA-GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5324. BROWN *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 00–5326. COOPER *v.* LEMASTER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–5327. BURTON *v.* SICKLER ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–5329. SEARCY *v.* DONELSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–5331. HARMS *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 00–5332. GOMEZ-LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5335. HAMILTON *v.* GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5336. FLOREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–5337. FAROOQ, AKA GRINNELL *v.* RUSSELL. C. A. 6th Cir. Certiorari denied.

No. 00–5338. FUENTES *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5339. HAYDEN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–5340. O'NEAL *v.* SCHOFIELD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.